UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CASE NO. 6:19-cv-371-Orl-41KRS

STAY FRESH VAPE CO., INC.,
*a Florida corporation*,

    Plaintiff,

vs.

VAPE STORM LABS LLC d/b/a
KNOWN DISTRO,
*an Idaho limited liability company*,

    Defendant.

## NOTICE OF PENDENCY OF OTHER ACTIONS

Defendant, VAPE STORM LABS LLC d/b/a KNOWN DISTRO ("Defendant"), pursuant to Local Rule 1.04(d) and the Related Case Order [D.E. 3], hereby certifies that the instant action is not related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency. Defendant does note that this case was removed from the Circuit Court of the Ninth Judicial Circuit in and for Orange County, Florida Case No.: 2019-CA-001375-O.

Defendant further certifies that undersigned counsel will serve a copy of this Notice of Pendency of Other Actions upon each party no later than fourteen (14) days after appearance of the party.

Dated: this March 12, 2019,

                                  Respectfully submitted,

                                  DAVIDOFF LAW FIRM, PLLC

                                By:    ___/s/Aaron R. Resnick_____
                                       Aaron R. Resnick, Esq.
                                       Florida Bar No.: 141097
                                       *Attorneys for Defendant*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was delivered via the ECF system on this March 12, 2019 to: Adam M. Bird, Esq., Gray Robinson, P.A., 1795 W. Nasa Blvd, Melbourne, FL 32901, adam.bird@gray-robinson.com and Jodi.aliano@gray-robinson.com.

        Respectfully submitted,

        DAVIDOFF LAW FIRM, PLLC

By:    /s/Aaron R. Resnick_____
      Aaron R. Resnick, Esq.
      Florida Bar No.: 141097
      Jonathan Marc Davidoff, Esq.
      Florida Bar No.: 179833
      *Attorneys for Defendant*
      228 East 45th Street, Suite 1700
      New York, New York 10017
      Tel: (212) 587-5971
      Fax: (212) 658-9852
      Email: Jonathan@davidofflawfirm.com
      Aresnick@thefirmmiami.com
      Efile@davidofflawfirm.com
      Efile@thefirmmiami.com