# EXHIBIT "C"

**Termination of Production and Sales Agreement**

This notice is to serve as notice of Termination of the Production and Sales Agreement put in place between Vape Storm Labs LLC and Stay Fresh Vape Co. Inc., which was executed by both parties on February 9th, 2016.

Pursuant to the agreement, section 3, part B, this will serve as the written notice.

*Sonny Westmoreland Jr.*
_____
Sonny Westmoreland
President
Stay Fresh Vape Co. Inc.