# EXHIBIT "D"

**Derek Dame <ddame@knowndistro.com>**

# Business

4 messages

**Sonny Westmoreland** <cigarboss32@gmail.com> Wed, Oct 11, 2017 at 10:28 PM
To: Derek Dame <ddame@knowndistro.com>

Derek,

I'm not even sure how much you want our business back, we did set you up with a pretty sweet deal 

Let me know how close you can get to these prices. We'll just do runs and fulfillment, none of the 50/50 stuff. We're looking to have 2 manufacturers, so it would be about ½ of the load. You would fulfill all the west coast stuff and Canada. We'll probably bring on another co-packer for the east coast that will ship to our warehouse and we'll fulfill to the east. We could also fulfill some of your stuff on the east coast if you want.

I'm not saying it's 100% going to happen, but check out our prices from flawless and let me know how close you can get. We have grape at .01 more than blueberry.

You can keep your deal the same, at the 3.30, but I would like to make it $5 for wholesale.

Sonny Westmoreland Jr.

Cigar Boss, Inc.

321-536-8664

*Text or phone calls to the number above are the fastest way to reach me.


**Untitled spreadsheet.pdf**
36K

---

**Derek Dame** <ddame@knowndistro.com>  Wed, Oct 11, 2017 at 11:09 PM
To: Sonny Westmoreland <cigarboss32@gmail.com>

Let me run some number tomorrow and see where our cost are on all of this. I assume this is box, bottle, label and liquid? Also shipping isn't included in those numbers? I honestly think this could work out well. I was going to call you earlier because Janet is out of the office and I haven't had time to run your bi weekly reports. I just didn't want you guys to think I was blowing you off. Also with this would you guys pay for the bottles up front?

Hope you have a goodnight man and I'll get some numbers out together tomorrow.

Derek


Sent from my iPhone
[Quoted text hidden]

<Untitled spreadsheet.pdf>

---

**Sonny Westmoreland Jr** <cigarboss32@gmail.com>  Thu, Oct 12, 2017 at 6:50 AM
To: Derek Dame <ddame@knowndistro.com>

Shipping is separate. Packing and shipping boxes included.  Would like to pay for bottles the day they go on the shelf. If that's not possible we could be before, but then that always puts us behind 2 weeks. For larger runs would pay before.

Let me know.

Sonny Westmoreland
Cigar Boss, Inc.
321-536-8664
*texts or calls to this number are the fastest way to reach me.

Sent From My iPhone.
[Quoted text hidden]

---

**Derek Dame** <ddame@knowndistro.com>  Thu, Oct 12, 2017 at 8:39 AM
To: spage@knowndistro.com

Sent from my iPhone

Begin forwarded message:

> **From:** Sonny Westmoreland Jr <cigarboss32@gmail.com>
> **Date:** October 12, 2017 at 6:50:07 AM MDT
> **To:** Derek Dame <ddame@knowndistro.com>
> **Subject: Re: Business**

[Quoted text hidden]