# EXHIBIT "E"

12:25 

< 35



Sonny >

> Boxes are .17 and labels are .9 from Tsu

Let me call him today

If I can't get it down then I guess we'll just do boxes through him??

> Okay that works, his boxes are really nice

> Labels no so much

> 6228 bottles and we are waiting payment on 3k more

> The total with the labels come out to $67643.15 Janet is making the reports right now but we should owe you between 18-20k

> $20.5k

Dec 14, 2017, 5:07 PM

iMessage

**Sonny**

> $20.5k

*Dec 14, 2017, 5:07 PM*

Yo you gotta tell ecd they can only order from us. I'm sorry we took it from you in the first place, but they just reduced their order by $30,000 and gave it to you

I'm sorry but that isn't gonna fly and now that we're working back together it's pretty sketch you took it

I'm about to give you all of our business again

Maybe not forever but for now

*Dec 14, 2017, 8:44 PM*

> Email sent with all the numbers. Shoot me a call if you have any questions.

*Dec 15, 2017, 12:17 PM*

12:25 



**Sonny**

business again

Maybe not forever but for now

Dec 14, 2017, 8:44 PM

> Email sent with all the numbers. Shoot me a call if you have any questions.

Dec 15, 2017, 12:17 PM

> Let me know when you hit the bank, also shoot me over those additional numbers. Did you get my email last night?

yes, i sent the email about an hour ago

sean is going soon

> Awesome

> Thank you sir



  iMessage 

