# EXHIBIT "F"

**Sonny**

$20.5k

Dec 14, 2017, 5:07 PM

Yo you gotta tell ecd they can only order from us. I'm sorry we took it from you in the first place, but they just reduced their order by $30,000 and gave it to you

I'm sorry but that isn't gonna fly and now that we're working back together it's pretty sketch you took it

I'm about to give you all of our business again

Maybe not forever but for now

Dec 14, 2017, 8:44 PM

Email sent with all the numbers. Shoot me a call if you have any questions.

Dec 15, 2017, 12:17 PM