# EXHIBIT "G"

    

# SS VAPE BRANDS

SS Vape Brands
7350 Futures Drive Suite 2
FL 32819

# Invoice

| Date | Invoice # |
|---|---|
| 8/29/2018 | 220131 |

**Bill To**
Known Distro
Stephanie Page
5118 North Sawyer Ave
Boise, ID 83714

**Ship To**
Known Distro
Stephanie Page
5118 North Sawyer Ave
Boise, ID 83714

| P.O. No. | Due Date | Rep |
|---|---|---|
| 1729 | 8/29/2018 | |

| Description | Qty | Rate | Amount |
|---|---|---|---|
| Jam Monster Blackberry 100mL 3mg | 441 | 6.00 | 2,646.00 |
| Ice Monster StrawMelon Apple 100mL 0mg | 202 | 6.00 | 1,212.00 |
| Ice Monster StrawMelon Apple 100mL 3mg | 561 | 6.00 | 3,366.00 |
| Ice Monster StrawMelon Apple 100mL 6mg | 414 | 6.00 | 2,484.00 |
| Jam Monster Raspberry 100mL 0mg | 202 | 6.00 | 1,212.00 |
| Jam Monster Raspberry 100mL 3mg | 474 | 6.00 | 2,844.00 |
| Jam Monster Raspberry 100mL 6mg | 327 | 6.00 | 1,962.00 |
| Ice Monster Mangerine Guava 30mL 24mg | 170 | 6.00 | 1,020.00 |
| Ice Monster Mangerine Guava 30mL 48mg | 150 | 6.00 | 900.00 |
| The Custard Shoppe Butterscotch 30mL 48mg | 20 | 6.00 | 120.00 |
| Jam Monster Blueberry 30mL 24mg | 100 | 6.00 | 600.00 |
| Jam Monster Blueberry 30mL 48mg | 80 | 6.00 | 480.00 |
| Jam Monster Strawberry 30mL 24mg | 100 | 6.00 | 600.00 |
| Jam Monster Strawberry 30mL 48mg | 80 | 6.00 | 480.00 |
| Method: fedex ground Tracking: 782567668381 | | 0.00 | 0.00 |

**Total** $19,926.00

Thank you for your business. Please see below for payment instructions.
**Bank Transfer:**
SS VAPE BRANDS, INC.
7350 Futures Drive STE 2, Orlando, FL 32819
Institution: Chase Bank Routing Number: 267084131    Account Number: 239510057 Swift Code: CHASUS33
Chase QuickPay Email: freshjuiceco1@gmail.com



EXHIBIT A


   

# Invoice

**SS Vape Brands**
7350 Futures Drive Suite 2
FL 32819

| Date | Invoice # |
|---|---|
| 9/18/2018 | 220219 |

**Bill To**
Known Distro
Stephanie Page
5118 North Sawyer Ave
Boise, ID 83714

**Ship To**
Known Distro
Stephanie Page
5118 North Sawyer Ave
Boise, ID 83714

| P.O. No. | Due Date | Rep |
|---|---|---|
| 1752 | 9/18/2018 | |

| Description | Qty | Rate | Amount |
|---|---|---|---|
| Ice Monster StrawMelon Apple 100mL 0mg | 147 | 6.00 | 882.00 |
| Ice Monster StrawMelon Apple 100mL 3mg | 294 | 6.00 | 1,764.00 |
| Ice Monster StrawMelon Apple 100mL 6mg | 147 | 6.00 | 882.00 |
| Jam Monster Raspberry 100mL 0mg | 294 | 6.00 | 1,764.00 |
| Jam Monster Raspberry 100mL 3mg | 1,029 | 6.00 | 6,174.00 |
| Jam Monster Raspberry 100mL 6mg | 735 | 6.00 | 4,410.00 |
| Ice Monster Mangerine Guava 30mL 24mg | 121 | 6.00 | 726.00 |
| Ice Monster Mangerine Guava 30mL 48mg | 242 | 6.00 | 1,452.00 |
| Jam Monster Blueberry 30mL 24mg | 242 | 6.00 | 1,452.00 |
| Jam Monster Blueberry 30mL 48mg | 484 | 6.00 | 2,904.00 |
| Jam Monster Strawberry 30mL 24mg | 242 | 6.00 | 1,452.00 |
| Jam Monster Strawberry 30mL 48mg | 484 | 6.00 | 2,904.00 |
| The Custard Shoppe Butterscotch 30mL 24mg | 72 | 6.00 | 432.00 |
| The Custard Shoppe Butterscotch 30mL 48mg | 170 | 6.00 | 1,020.00 |
| Method: fedex 3 day freight Tracking: 782917098627 | | 0.00 | 0.00 |

**Total** $28,218.00

Thank you for your business. Please see below for payment instructions.
**Bank Transfer:**
SS VAPE BRANDS, INC.
7350 Futures Drive STE 2, Orlando, FL 32819
**Institution:** Chase Bank Routing Number: 267084131          Account Number: 239510057 Swift Code: CHASUS33
**Chase QuickPay Email:** freshjuiceco1@gmail.com

    

**SS VAPE BRANDS**

SS Vape Brands
7350 Futures Drive Suite 2
FL 32819

# Invoice

| Date | Invoice # |
|---|---|
| 9/24/2018 | 220232 |

| Bill To | Ship To |
|---|---|
| Known Distro<br>Stephanie Page<br>5118 North Sawyer Ave<br>Boise, ID 83714 | Known Distro<br>Stephanie Page<br>5118 North Sawyer Ave<br>Boise, ID 83714 |

| P.O. No. | Due Date | Rep |
|---|---|---|
| 1761 | 9/24/2018 | |

| Description | Qty | Rate | Amount |
|---|---|---|---|
| Jam Monster Blackberry 100mL 3mg<br>Method: fedex ground Tracking: 782938375600 | 588 | 6.00<br>0.00 | 3,528.00<br>0.00 |

| | Total | $3,528.00 |
|---|---|---|

Thank you for your business. Please see below for payment instructions.
**Bank Transfer:**
**SS VAPE BRANDS, INC.**
**7350 Futures Drive STE 2, Orlando, FL 32819**
**Institution: Chase Bank Routing Number: 267084131**     Account Number: 239510057 Swift Code: CHASUS33
**Chase QuickPay Email: freshjuiceco1@gmail.com**

     

**SS Vape Brands**
7350 Futures Drive Suite 2
FL 32819

# Invoice

| Date | Invoice # |
|---|---|
| 10/1/2018 | 220269 |

**Bill To**
Known Distro
Stephanie Page
5118 North Sawyer Ave
Boise, ID 83714

**Ship To**

| P.O. No. | Due Date | Rep |
|---|---|---|
| 1765 | 10/1/2018 | |

| Description | Qty | Rate | Amount |
|---|---|---|---|
| Ice Monster Mangerine Guava 100mL 3mg<br>NON-COMPLIANT BOTTLES FROM KNOWNS STOCK | 32 | 5.50 | 176.00 |

**Total** $176.00

Thank you for your business. Please see below for payment instructions.
**Bank Transfer:**
SS VAPE BRANDS, INC.
7350 Futures Drive STE 2, Orlando, FL 32819
Institution: Chase Bank Routing Number: 267084131          Account Number: 239510057 Swift Code: CHASUS33
Chase QuickPay Email: freshjuiceco1@gmail.com

     

**SS Vape Brands**
7350 Futures Drive Suite 2
FL 32819

# Invoice

| Date | Invoice # |
|---|---|
| 10/10/2018 | 220309 |

**Bill To**
Known Distro
Stephanie Page
5118 North Sawyer Ave
Boise, ID 83714

**Ship To**
Known Distro
Stephanie Page
5118 North Sawyer Ave
Boise, ID 83714

| P.O. No. | Due Date | Rep |
|---|---|---|
| 1766 | 10/10/2018 | |

| Description | Qty | Rate | Amount |
|---|---|---|---|
| Ice Monster Mangerine Guava 100mL 3mg | 147 | 6.00 | 882.00 |
| Method: fedex ground Tracking: 783180749521 | | 0.00 | 0.00 |

| | Total | $882.00 |
|---|---|---|

Thank you for your business. Please see below for payment instructions.
**Bank Transfer:**
SS VAPE BRANDS, INC.
7350 Futures Drive STE 2, Orlando, FL 32819
**Institution:** Chase Bank Routing Number: 267084131          Account Number: 239510057 Swift Code: CHASUS33
**Chase QuickPay Email:** freshjuiceco1@gmail.com